ENTERED ON DOCKET
4/5/06  PURSUANT
TO FRCP RULES 58 & 79a

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



VICTOR MANUEL VALLE-LASALLE

Plaintiff(s)

vs.

UNITED STATES OF AMERICA

Defendant(s)

CIVIL CASE    06-1027  (JAF)

CRIMINAL CASE   97-284  (JAF)

## JUDGMENT

Pursuant to this Court's Order (docket #17) Judgment is entered summarily dismissing this case pursuant to Rule 4 of the Rules Governing Section 2255 Appeals in United States District Courts.

In San Juan, Puerto Rico, this  5th  day of  April,  2006.

Frances Rios de Moran, Esq.

Clerk of Court

*s/Franchesca Torres*

Franchesca Torres
Deputy Clerk