AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF _____ PUERTO RICO _____

UNITED STATES OF AMERICA,             **APPEARANCE**

       v.                                                   CRIMINAL NUMBER: 97-284(JAF)

JOSE RODRIGUEZ-MARRERO, ET AL.

To the Clerk of this court and all parties of record:

     Enter my appearance as COUNSEL in this case for the United States of America. Additionally it is respectfully requested that electronic notification to Assistant U.S. Attorney Jeanette Mercado-Rios be terminated.

March 26, 2008
*Date*

                            s/ *Courtney L. Coker*
                            *Signature*

                            Courtney L. Coker   Bar No. G00517
                            *Print Name*

                            350 Torre Chardón, Suite 1201
                            *Address*

                            San Juan, Puerto Rico 00918
                            *City*

                            (787) 766-5656
                            *Phone Number*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date March 26, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

s/ *Courtney L. Coker*
Courtney L. Coker- G00517
Assistant U.S. Attorney
Torre Chardón, Room 1201
350 Carlos Chardón Avenue
San Juan, PR 00918
Tel. (787) 766-5656
e-mail: courtney.l.coker@usdoj.gov