AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,	**APPEARANCE**

v.	CASE NUMBER: 97-284(JAF)

**OMAR F. GENAO-SANCHEZ, ET AL**

To the Clerk of this court and all parties of record:

Enter my appearance as **lead counsel** in this case for the United States of America. Any other prior Assistant U.S. Attorney who has filed an appearance form in this case is to be terminated.

July 24, 2008	/s/Carmen M. Márquez
*Date*	*Signature*

	Carmen M. Márquez
	*Print Name*

	350 Torre Chardon, Suite 1201
	*Address*

	Hato Rey, Puerto Rico 00918
	*City*

	(787) 766-5656
	Phone Number

CERTIFICATE OF SERVICE

     I HEREBY CERTIFY, that on July 24, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all counsels of record.

     At San Juan, Puerto Rico, July 24, 2008.

                                                S/Carmen M. Márquez
                                                Carmen M. Márquez - 211302